UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CDW, LLC, et. al. | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:10-cv-530-SEB-JMS |
| | ) | |
| NETECH CORPORATION, | ) | |
|     Defendant. | ) | |

### ENTRY ON MOTION FOR PROTECTIVE ORDER

Presently before the Court is the parties Joint Motion for Protective Order (Dkt. No. 28), which the magistrate judge will not approve for the following reasons.

First, the Protective Order contains language continuing the obligation of this Order beyond the termination of this action. (*See* Ex. A ¶s 7 and 14). The Court prefers (like counsel, no doubt) to promptly close its files once a matter is resolved, but cannot do so if it must retain jurisdiction. Thus, the Court does not usually approve orders requiring it to retain any jurisdiction beyond final judgment.

Second, a protective order must permit third parties to challenge any confidentiality designations that the parties make; this one contains no such provision. *E.g. In re Continental Illinois Securities Litigation,* 732 F.2d 1302, 1313 (7th Cir. 1984).

Accordingly, the joint motion for protective order is **DENIED**. If, after reviewing the foregoing, counsel believes that good cause for the entry of a protective order exists, they may submit another proposed protective order for the Court=s consideration, taking care to comply with the relevant requirements. Counsel are also directed the Court's website for an example of a protective order that the magistrate judge has previously approved. See, Information on

Protective     Orders     and     Documents     Filed     Under     Seal:

http://www.insd.uscourts.gov/Judges/default.htm.

**SO ORDERED.**

05/14/2010

                                                Jane Magnus-Stinson
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution via ECF:

Craig T Boggs
PERKINS COIE, LLP
cboggs@perkinscoie.com

Brian D. Burbrink
BAKER & DANIELS - Indianapolis
brian.burbrink@bakerd.com

David A. Given
BAKER & DANIELS
dagiven@bakerd.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Dwight D. Lueck
BARNES & THORNBURG
dwight.lueck@btlaw.com

Laurence John Oleksa
PERKINS COIE, LLP
loleksa@perkinscoie.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com