# Exhibit 17

Employee competed with Berbee, either directly or indirectly, such competition would have a significant negative impact on Berbee's business and financial condition. ~~Accordingly, Employee agrees that while employed by Berbee and for a period of equal to his or her length of employment,~~ but not greater than twelve (12) months from the termination of this Agreement for whatever reason, he or she shall not directly or indirectly, whether as an owner, stockholder, partner, employee, consultant, agent, independent contractor or otherwise, for himself or herself, or on behalf of any other person or entity, engaged directly or indirectly, or enter into any aspect of the business of Berbee (as such business activities exist as of the date of his or her termination of employment).

~~The forms of competition prohibited by this paragraph shall include, but not be limited to,~~ Employee shall not engage in the following activities to the extent that any of them are competitive with the business of Berbee: (a) soliciting or assisting in the solicitation of customers of Berbee; (b) supplying goods or rendering services or assisting *in* such activities, to customers of Berbee; (c) diverting or attempting to divert any customer's business from Berbee or otherwise interfering with the business relationships between Berbee and its customers; (d) planning for or the organization of any business activity competitive with Berbee's business; (e) combination or conspiration with other employees of Berbee for the purpose of acquisition of any such competitive business activity; (f) actively soliciting for hire any employee of Berbee; or (g) use or dissemination of Confidential Business Information, except in furtherance of the business interests of Berbee (subject to the provisions of paragraph 4 hereof) for a period of equal to or greater to his or her length of employment but not great than twelve (12) months.

The foregoing prohibition shall not be interpreted to prevent or limit the right of Employee to invest in the capital stock or other securities of any corporation whose stock or other securities are publicly owned and are regularly traded on any public securities exchange, so long as such interest does not exceed 3% of the equity of such company.

This covenant not to compete shall be enforceable with regard to any ~~competitor with substantial business operations in the United States and with regard to any~~ customer with whom the Employee has had direct contact during the twelve (12) months preceding termination~~, or any substantial customer of Berbee which exists at the time of the termination. Berbee may provide a list of such competitors and customers to Employee within seven (7) days of the termination date, but such non-competition restrictions shall not be solely restricted to such listed competitors or customers, but such restrictions shall be reasonably enforced to protect the interest of Berbee~~.

Employee agrees that the covenants above are reasonably and properly necessary to adequately protect the legitimate business interests of Berbee, and that such restrictions will not prevent Employee from securing gainful employment using Employee's education, experience and know how in a non-competitive enterprise



EXHIBIT A

4