UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CDW LLC, CDW DIRECT LLC, and BERBEE INFORMATION NETWORKS CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 1:10-cv-0530-SEB-DML ) |
| NETECH CORPORATION, | ) ) |
| Defendant. | ) |

## Order Approving and Adopting Report and Recommendation and Granting CDW's Motion for Summary Judgment

On February 7, 2013, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 349) on the plaintiffs' motion for summary judgment on defendant NETech's counterclaims for tortious interference with business relationships and unfair competition (Dkt. 282). The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 349) and being duly advised, now APPROVES and ADOPTS it. The plaintiffs' motion for summary judgment (Dkt. 282) is therefore GRANTED as provided in the Report and Recommendation and this Order.

IT IS SO ORDERED.

Date: 03/01/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record