UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CDW LLC,<br>CDW DIRECT LLC,<br>BERBEE INFORMATION NETWORKS<br>CORPORATION,<br><br>                Plaintiffs,<br><br>      vs.<br><br>NETECH CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:10-cv-00530-SEB-DML<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

      This matter is before the Court on Defendant NETech Corporation's Motion for Leave to File a Surreply [Dkt. No. 345]. NETech requests that the Court allow it to respond to arguments made for the first time in Plaintiffs' Reply in Support of CDW's Rule 72 Appeal of the Magistrate Judge's Order to Exclude Portions of Mr. Hosfield's Expert Testimony. Plaintiffs oppose NETech's request because they contend that "NETech's argument does not advance its legal argument" and that "NETech's proposed surreply erroneously conflates the standard of review with the propriety of considering new evidence." Both of these arguments relate to the merits of the argument contained in NETech's surreply, as opposed to NETech's entitlement to make that argument. Therefore, NETech's Motion is <u>GRANTED</u> and the surreply will be deemed file as of the date of this order.

      IT IS SO ORDERED.

Date:  09/30/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brian D. Burbrink
BAKER & DANIELS - Indianapolis
brian.burbrink@bakerd.com

Dwight D. Lueck
BARNES & THORNBURG
dwight.lueck@btlaw.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

Michael R. Brunelle
BARNES & THORNBURG LLP
mbrunelle@btlaw.com

David A. Given
FAEGRE BAKER DANIELS LLP - Indianapolis
david.given@faegrebd.com

Brandy R. McMillion
PERKINS COIE LLP
bmcmillion@perkinscoie.com

Christopher B Wilson
PERKINS COIE LLP
cwilson@perkinscoie.com

Jeannil Boji
PERKINS COIE LLP
jboji@perkinscoie.com

Abiman Rajadurai
PERKINS COIE, LLP
arajadurai@perkinscoie.com

Craig T Boggs
PERKINS COIE, LLP
cboggs@perkinscoie.com

Eric E Walker
PERKINS COIE, LLP
ewalker@perkinscoie.com

Laurence John Oleksa
PERKINS COIE, LLP
loleksa@perkinscoie.com